The Honorable Thomas O. Rice

Paul J. Triesch, WSBA #17445
Keating, Bucklin & McCormack, Inc., P.S.
801 Second Ave., Suite 1210
Seattle, WA 98104
(206) 623-8861

# UNITED STATES DISTRICT COURT
# EASTERN OF WASHINGTON

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, KYLE OLSON, AND HENDRY ("CODY") RODMAN III,<br><br>Plaintiffs,<br><br>v.<br><br>HERITAGE UNIVERSITY,<br><br>Defendant. | No. 1:22-CV-3034-TOR<br><br>DEFENDANT'S AMENDED NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK |

The following is being filed in paper or physical form with the Clerk's Office for the Eastern District of Washington: **Two USBs containing Plaintiffs' Exhibit 46 - 2020.11.05 Screen Recording 2020-11-05 at 1.58.25 PM**. This item is to be filed as an attachment to Defendant's Objections to Plaintiffs' Exhibit List (Dkt. No. 53). The items will remain in the Clerk's

DEFENDANT'S AMENDED NOTICE OF FILING PAPER
OR PHYSICAL MATERIALS WITH THE CLERK - 1
1:22-CV-3034-TOR
1476-00008/Defendant's Amended Notice of Filing Physcial Material

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

custody until appropriate Disposition, pursuant to Eastern District local rules.

    DATED:  March 24, 2023

        KEATING, BUCKLIN & McCORMACK, INC., P.S.

        By: */s/ Paul J. Triesch*
           Paul J. Triesch, WSBA #17445
        *Attorney for Defendant Heritage University*
        801 Second Avenue, Suite 1210
        Seattle, WA  98104-1518
        Phone:  (206) 623-8861
        Fax:  (206) 223-9423
        Email:  ptriesch@kbmlawyers.com

DEFENDANT'S AMENDED NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 2
1:22-CV-3034-TOR
1476-00008/Defendant's Amended Notice of Filing Physcial Material

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Attorneys for Plaintiffs**

Lara Hruska, WSBA No. 46531
Sydney Arizona Bay, WSBA No. 56908
Cedar Law PLLC
113 Cherry Street PMB 96563
Seattle, WA 98104-2205
P: (206) 607-8277
F: (206) 237-9101
Email: lara@cedarlawpllc.com; kaitlin@cedarlawpllc.com; sydney@cedarlawpllc.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: n/a

DATED: March 24, 2023

*/s/ Paul J. Triesch*
Paul J. Triesch, WSBA #17445
Attorney for Defendant Heritage University
Email: ptriesch@kbmlawyers.com

DEFENDANT'S AMENDED NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 3
1:22-CV-3034-TOR
1476-00008/Defendant's Amended Notice of Filing Physcial Material

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423