LARA HRUSKA, WSBA No. 46531          HONORABLE THOMAS O. RICE
SYDNEY ARIZONA BAY, WSBA No. 56908
Cedar Law PLLC
113 Cherry Street, PMB 96563
SEATTLE, WA 98104-2205
T: (206) 607-8277
F: (206) 237-9101
E: lara@cedarlawpllc.com
E: sydney@cedarlawpllc.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, KYLE OLSON, AND HENDRY ("CODY") RODMAN III,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE UNIVERSITY,<br><br>Defendant. | Case No.: 22-cv-03034 TOR<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

The plaintiffs, Yadira Contreras, Erica Kroneck, Kyle Olson, and Hendry ("Cody") Rodman appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court for the Eastern District of Washington,

NOTICE OF APPEAL - 1

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
(206) 607-8277

entered in this case on April 18, 2023, Order Granting Defendant's Motion for Summary Judgment (Dkt. 77).

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

  Appellants:  Yadira Contreras, Erica Kroneck, Kyle Olson, Hendry ("Cody") Rodman

  Names of counsel: Lara Hruska, WSBA# 46531
         Sydney Bay, WSBA# 56908
         Cedar Law PLLC
         113 Cherry St., PMB 96563
         Seattle, WA 98104
         (206) 607-8277
         lara@cedarlawpllc.com
         sydney@cedarlawpllc.com

  Appellee:  Heritage University

  Names of counsel: Paul Triesch, WSBA# 17445
         Keating Bucklin &McCormack, Inc., P.S.
         801 2nd Avenue, Suite 1210
         Seattle, WA 98104
         (206) 623-8861
         ptriesch@kbmlawyers.com

//

//

//

//

NOTICE OF APPEAL - 2

               **Cedar Law PLLC**
              113 Cherry St., PMB 96563
                 Seattle, WA 98104
                  (206) 607-8277

Dated this 15th of May, 2023

CEDAR LAW PLLC

s/Lara Hruska
Lara Hruska, WSBA No. 46531
Sydney Bay, WSBA No. 56908
Attorneys for Plaintiffs
113 Cherry Street, PMB 96563
Seattle, WA, 98104-2205
Telephone: (206) 607-8277
Fax: (206) 237-9101
lara@cedarlawpllc.com
sydney@cedarlawpllc.com

NOTICE OF APPEAL - 3

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
(206) 607-8277

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Appeal on the following party:

> Paul J. Triesch
> Keating Bucklin & McCormack, Inc., P.S.
> 801 2nd Avenue, Suite 1210
> Seattle, WA 98104
> ptriesch@kbmlawyers.com
> Attorney for Heritage University

by electronic mail to said parties on the date shown below.

Dated this 15th day of May 2023.

_____
Amy Schley

NOTICE OF APPEAL - 4

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
(206) 607-8277