FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2023

SEAN F. McAVOY, CLERK

LARA HRUSKA, WSBA No. 46531        HONORABLE THOMAS O. RICE
SYDNEY ARIZONA BAY, WSBA No. 56908
Cedar Law PLLC
113 Cherry Street, PMB 96563
SEATTLE, WA 98104-2205
T: (206) 607-8277
F: (206) 237-9101
E: lara@cedarlawpllc.com
E: sydney@cedarlawpllc.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, KYLE OLSON, AND HENDRY ("CODY") RODMAN III,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE UNIVERSITY,<br><br>Defendant. | Case No.: 22-cv-03034 TOR<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

The plaintiffs, Yadira Contreras, Erica Kroneck, Kyle Olson, and Hendry ("Cody") Rodman appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court for the Eastern District of Washington,

NOTICE OF APPEAL - 1

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
(206) 607-8277

entered in this case on April 18, 2023, Order Granting Defendant's Motion for Summary Judgment (Dkt. 77).

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

    Appellants:    Yadira Contreras, Erica Kroneck, Kyle Olson, Hendry ("Cody") Rodman

    Names of counsel: Lara Hruska, WSBA# 46531
                          Sydney Bay, WSBA# 56908
                          Cedar Law PLLC
                          113 Cherry St., PMB 96563
                          Seattle, WA 98104
                          (206) 607-8277
                          lara@cedarlawpllc.com
                          sydney@cedarlawpllc.com

    Appellee:    Heritage University

    Names of counsel: Paul Triesch, WSBA# 17445
                          Keating Bucklin &McCormack, Inc., P.S.
                          801 2nd Avenue, Suite 1210
                          Seattle, WA 98104
                          (206) 623-8861
                          ptriesch@kbmlawyers.com

//

//

//

//

1 | Dated this 15th of May, 2023

CEDAR LAW PLLC

s/Lara Hruska
Lara Hruska, WSBA No. 46531
Sydney Bay, WSBA No. 56908
Attorneys for Plaintiffs
113 Cherry Street, PMB 96563
Seattle, WA, 98104-2205
Telephone: (206) 607-8277
Fax: (206) 237-9101
lara@cedarlawpllc.com
sydney@cedarlawpllc.com

NOTICE OF APPEAL - 3

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
(206) 607-8277

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Notice of Appeal on the following party:

    Paul J. Triesch
    Keating Bucklin & McCormack, Inc., P.S.
    801 2nd Avenue, Suite 1210
    Seattle, WA 98104
    ptriesch@kbmlawyers.com
    Attorney for Heritage University

by electronic mail to said parties on the date shown below.

Dated this 15th day of May 2023.

*Amy Schley*
Amy Schley

NOTICE OF APPEAL - 4

**Cedar Law PLLC**
113 Cherry St., PMB 96563
Seattle, WA 98104
(206) 607-8277