CLOSED,APPEAL,JURY,LC02,PROTO

# Eastern District of Washington
# U.S. District Court (Yakima)
# CIVIL DOCKET FOR CASE #: 1:22-cv-03034-TOR

Contreras et al v. Heritage University  
Assigned to: Judge Thomas O. Rice  
Demand: $9,999,000  
Cause: 28:1332 Diversity

Date Filed: 03/14/2022  
Date Terminated: 04/18/2023  
Jury Demand: Defendant  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Yadira Contreras**     represented by     **Lara R Hruska**
Cedar Law PLLC
113 Cherry Street
PMB 96563
Seattle, WA 98104
206-607-8277
Fax: 206-237-9101
Email: lara@cedarlawpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sydney Arizona Bay**
Cedar Law PLLC
113 Cherry Street
PMB 96563
Seattle, WA 98104
206-607-8277
Fax: 206-237-9101
Email: sydney@cedarlawpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Kroneck**     represented by     **Lara R Hruska**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sydney Arizona Bay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kyle Olson** | represented by | **Lara R Hruska** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Sydney Arizona Bay** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hendry "Cody" Rodman, III** | represented by | **Lara R Hruska** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Sydney Arizona Bay** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Heritage University** | represented by | **Paul Joseph Triesch** <br> Keating Bucklin & McCormack Inc PS <br> 801 Second Ave <br> Suite 1210 <br> Seattle, WA 98104-1518 <br> 206-623-8861 <br> Fax: 206-223-9423 <br> Email: ptriesch@kbmlawyers.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2022 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402; Receipt # AWAEDC-3993002) Filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Hruska, Lauren) (Entered: 03/14/2022) |
| 03/14/2022 | | Notice of Judge Assignment. Judge Thomas O. Rice assigned to case. (MRJ, Case Administrator) (Entered: 03/15/2022) |
| 03/14/2022 | 2 | Summons Issued as to Heritage University. (MRJ, Case Administrator) (Entered: 03/15/2022) |
| 03/16/2022 | 3 | NOTICE of Appearance by Paul Joseph Triesch on behalf of Heritage University (Attorney Paul Joseph Triesch added to party Heritage University(pty:dft))(Triesch, Paul) (Entered: 03/16/2022) |

| | | |
|---|---|---|
| 03/16/2022 | 4 | WAIVER OF SERVICE Returned Executed by All Plaintiffs re Heritage University. (Hruska, Lauren) (Entered: 03/16/2022) |
| 03/30/2022 | 5 | *Defendant's* ANSWER to Complaint with jury demand. by Heritage University. (Triesch, Paul) (Entered: 03/30/2022) |
| 03/30/2022 | 6 | ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE. A Telephonic Scheduling Conference is set for **5/4/2022 at 8:15 AM** before Judge Thomas O. Rice. The parties' Joint Status Report is due no later than **4/20/2022**. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 03/30/2022) |
| 04/13/2022 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT by Heritage University. (Triesch, Paul) (Entered: 04/13/2022) |
| 04/13/2022 | 8 | Joint Certificate Pursuant to Rule 26 / Rule 16 by All Plaintiffs. (Hruska, Lauren) (Entered: 04/13/2022) |
| 05/04/2022 | 9 | Minute Entry for TELEPHONIC proceedings held before Judge Thomas O. Rice: Scheduling Conference held on 5/4/2022. (Reported by: Crystal Hicks) (BF, Paralegal) (Entered: 05/04/2022) |
| 05/04/2022 | 10 | JURY TRIAL SCHEDULING ORDER: A Telephonic Pretrial Conference is set for **3/9/2023 at 1:30 PM** before Judge Thomas O. Rice. A Jury Trial is set for **3/20/2023 at 8:30 AM** in Yakima Courtroom 324 before Judge Thomas O. Rice. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 05/04/2022) |
| 05/05/2022 | 11 | Stipulated MOTION for Protective Order by All Plaintiffs. Motion Hearing set for **6/6/2022** Without Oral Argument before Judge Thomas O. Rice. (Hruska, Lauren) (Entered: 05/05/2022) |
| 05/06/2022 | 12 | STIPULATED PROTECTIVE ORDER. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 05/06/2022) |
| 06/27/2022 | 13 | NOTICE of Unavailability of Counsel by All Plaintiffs (Hruska, Lauren) (Entered: 06/27/2022) |
| 08/25/2022 | 14 | NOTICE of Unavailability of Counsel by All Plaintiffs (Hruska, Lauren) (Entered: 08/25/2022) |
| 09/19/2022 | 15 | NOTICE OF HEARING BY COURT - At the request of the parties, a Telephonic Discovery Hearing is set for **9/27/2022 at 09:00 AM** before Judge Thomas O. Rice. The parties are directed to call the Court's conference line at 888-273-3658 five (5) minutes prior to the designated hearing time. When prompted, enter Access Code 2982935 and Security Code 3034. The use of cellular phones is permitted, but not in speaker mode and the parties shall mute their phones when not addressing the Court. TEXT ONLY NOTICE; NO PDF WILL ISSUE. (LG, Law Clerk) (Entered: 09/19/2022) |
| 09/27/2022 | 16 | Minute Entry for TELEPHONIC proceedings held before Judge Thomas O. Rice: Discovery Hearing held on 9/27/2022. (Reported by: Ronelle F. Corbey) (BF, Paralegal) (Entered: 09/27/2022) |
| 09/28/2022 | 17 | Stipulated MOTION to Continue by All Plaintiffs. Motion Hearing set for **9/28/2022** Without Oral Argument before Judge Thomas O. Rice. (Hruska, Lauren) (Entered: 09/28/2022) |

| | | |
|---|---|---|
| 09/29/2022 | 18 | FIRST AMENDED JURY TRIAL SCHEDULING ORDER: A Telephonic Pretrial Conference is set for **4/27/2023 at 10:00 AM** before Judge Thomas O. Rice. A Jury Trial is set for **5/8/2023 at 8:30 AM** in Yakima Courtroom 324 before Judge Thomas O. Rice. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 09/29/2022) |
| 02/01/2023 | 19 | MOTION for Summary Judgment *of Defendant* by Heritage University. Motion Hearing set for **3/24/2023** Without Oral Argument before Judge Thomas O. Rice. (Triesch, Paul) (Entered: 02/01/2023) |
| 02/01/2023 | 20 | DECLARATION by Dr. Melissa Hill in Support re 19 MOTION for Summary Judgment *of Defendant* filed by Heritage University. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19)(Triesch, Paul) (Entered: 02/01/2023) |
| 02/01/2023 | 21 | DECLARATION by Paul Triesch in Support re 19 MOTION for Summary Judgment *of Defendant* filed by Heritage University. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2_Part 1, # 3 Exhibit Exhibit 2_Part 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Triesch, Paul) (Entered: 02/01/2023) |
| 02/01/2023 | 22 | STATEMENT OF *Material Facts Not in Dispute* FACTS re 19 MOTION for Summary Judgment *of Defendant* filed by Heritage University. (Triesch, Paul) (Entered: 02/01/2023) |
| 02/09/2023 | 23 | NOTICE of Appearance by Sydney Arizona Bay on behalf of All Plaintiffs (Attorney Sydney Arizona Bay added to party Yadira Contreras(pty:pla), Attorney Sydney Arizona Bay added to party Erica Kroneck(pty:pla), Attorney Sydney Arizona Bay added to party Kyle Olson(pty:pla), Attorney Sydney Arizona Bay added to party Hendry "Cody" Rodman, III(pty:pla))(Bay, Sydney) (Entered: 02/09/2023) |
| 02/13/2023 | 24 | MOTION for Leave to File Excess Pages *in Plaintiffs' Response to Defendant's Motion for Summary Judgment* by All Plaintiffs. Motion Hearing set for **2/21/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Proposed Order on Plaintiffs' Motion to Exceed Page Limits in Plaintiffs' Response to Defendant's MSJ)(Bay, Sydney) (Entered: 02/13/2023) |
| 02/13/2023 | 25 | MOTION to Expedite *Plaintiffs' Motion to Exceed Page Limits* by All Plaintiffs. Motion Hearing set for **2/21/2023** Without Oral Argument before Judge Thomas O. Rice. (Attachments: # 1 Proposed Order on Plaintiffs' Motion to Expedite Plaintiffs' Motion to Exceed Page Limits)(Bay, Sydney) (Entered: 02/13/2023) |
| 02/13/2023 | 26 | DECLARATION by Sydney Bay in Support re 25 MOTION to Expedite *Plaintiffs' Motion to Exceed Page Limits*, 24 MOTION for Leave to File Excess Pages *in Plaintiffs' Response to Defendant's Motion for Summary Judgment* filed by All Plaintiffs. (Bay, Sydney) (Entered: 02/13/2023) |
| 02/13/2023 | 27 | ORDER granting 24 Motion for Leave to File Excess Pages; granting 25 Motion to Expedite. For good cause shown, Plaintiffs' Response to Defendant's Motion for Summary Judgment shall not exceed 30 pages. Signed by Judge Thomas O. Rice. **TEXT ORDER ONLY; NO PDF WILL ISSUE** (LG, Law Clerk) (Entered: 02/13/2023) |
| 02/22/2023 | 28 | RESPONSE to Motion re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |

| | | |
|---|---|---|
| 02/22/2023 | 29 | DECLARATION by Lara Hruska in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 - 11)(Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 30 | DECLARATION by Yadira Contreras in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1-9)(Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 31 | DECLARATION by Erica Kroneck in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1-2)(Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 32 | DECLARATION by Kyle Olson in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1-8)(Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 33 | DECLARATION by Hendry Rodman in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1-2)(Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 34 | DECLARATION by Sharon Luke in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1-7)(Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 35 | DECLARATION by David Solis in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1)(Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 36 | DECLARATION by Jenny Debrino in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 37 | DECLARATION by Brandon Leon in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 38 | DECLARATION by Karleigh Beck in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 39 | DECLARATION by Myrria Quintana in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 40 | DECLARATION by Sydney Vrecenar in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 41 | DECLARATION by Cory Gunn in Opposition re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |
| 02/22/2023 | 42 | STATEMENT OF *Facts in Opposition to MSJ* FACTS re 19 MOTION for Summary Judgment *of Defendant* filed by All Plaintiffs. (Hruska, Lara) (Entered: 02/22/2023) |

| | | |
|---|---|---|
| 02/22/2023 | 43 | NOTICE of Filing of Non-Scannable Exhibits with the Clerk. The following non-scannable exhibits have been filed with the Clerk: Screen recording of 11/5/20 Zoom call between Plaintiff Yadira Contreras and Dr. Dale re 30 Declaration in Opposition to Motion by All Plaintiffs<br><br>*Type of application required to view or listen to digital media:* Quicktime application on a computer with a USB port<br><br>(Hruska, Lara) (Entered: 02/22/2023) |
| 02/24/2023 | | NON-SCANNABLE EXHIBITS RECEIVED - All non-scannable exhibits as listed on the inventory filed were received by the Court Re 43 Notice of Filing of Non-Scannable Exhibits. (CLP, Case Administrator Team Lead) (Entered: 02/24/2023) |
| 03/08/2023 | 44 | REPLY MEMORANDUM re 19 MOTION for Summary Judgment *of Defendant* filed by Heritage University. (Triesch, Paul) (Entered: 03/08/2023) |
| 03/08/2023 | 45 | STATEMENT OF *Material Facts Not in Dispute* FACTS re 19 MOTION for Summary Judgment *of Defendant* filed by Heritage University. (Triesch, Paul) (Entered: 03/08/2023) |
| 03/16/2023 | 46 | Witness and Exhibit List by All Plaintiffs. (Attachments: # 1 Exhibit List)(Hruska, Lara) (Entered: 03/16/2023) |
| 03/16/2023 | 47 | Witness and Exhibit List *of Defendant* by Heritage University. (Triesch, Paul) (Entered: 03/16/2023) |
| 03/20/2023 | 48 | Amended Witness and Exhibit List by Heritage University. (Triesch, Paul) (Entered: 03/20/2023) |
| 03/23/2023 | 49 | MOTION in Limine by All Plaintiffs. Motion Hearing set for **4/27/2023** at **10:00 AM** via Teleconference before Judge Thomas O. Rice. (Attachments: # 1 Proposed Order)(Hruska, Lara) (Entered: 03/23/2023) |
| 03/23/2023 | 50 | DECLARATION by Lara Hruska in Support re 49 MOTION in Limine filed by All Plaintiffs. (Attachments: # 1 Exhibit)(Hruska, Lara) (Entered: 03/23/2023) |
| 03/23/2023 | 51 | OBJECTIONS re 48 Witness and Exhibit List by All Plaintiffs. (Attachments: # 1 Exhibit 513 - Heritage, # 2 Exhibit 519 - Heritage, # 3 Exhibit 520 - Heritage, # 4 Exhibit 521 - Heritage, # 5 Exhibit 522 - Heritage, # 6 Exhibit 524 - Heritage, # 7 Exhibit 535 - Heritage, # 8 Exhibit 559 - Heritage, # 9 Exhibit 566 - Heritage, # 10 Exhibit 573 - Heritage, # 11 Exhibit 578 - Heritage, # 12 Exhibit 582 - Heritage, # 13 Exhibit 583 - Heritage, # 14 Exhibit 584 - Heritage, # 15 Exhibit 585 - Heritage, # 16 Exhibit 586 - Heritage, # 17 Exhibit 587 - Heritage)(Hruska, Lara) (Entered: 03/23/2023) |
| 03/23/2023 | 52 | MOTION in Limine by Heritage University. Motion Hearing set for **4/27/2023** at **10:00 AM** via Teleconference before Judge Thomas O. Rice. (Attachments: # 1 Proposed Order)(Triesch, Paul) (Entered: 03/23/2023) |
| 03/23/2023 | 53 | OBJECTIONS re 46 Witness and Exhibit List by Heritage University. (Attachments: # 1 Exhibit 10 (Plaintiffs'), # 2 Exhibit 20 (Plaintiffs'), # 3 Exhibit 22 (Plaintiffs'), # 4 Exhibit 25 (Plaintiffs'), # 5 Exhibit 46 (Plaintiffs'), # 6 Exhibit 71 (Plaintiffs'), # 7 Exhibit 85 (Plaintiffs'), # 8 Exhibit 87 (Plaintiffs'), # 9 Exhibit 88 (Plaintiffs'), # 10 Exhibit 89 (Plaintiffs'), # 11 Exhibit 91 (Plaintiffs'), # 12 Exhibit 94 (Plaintiffs'), # 13 Exhibit 95 (Plaintiffs'), # 14 Exhibit 96 (Plaintiffs'), # 15 Exhibit 97 (Plaintiffs'), # 16 |

| | | | |
|---|---|---|---|
| | | | Exhibit 98 (Plaintiffs'), # 17 Exhibit 99 (Plaintiffs'), # 18 Exhibit 107 (Plaintiffs'), # 19 Exhibit 108 (Plaintiffs'), # 20 Exhibit 109 (Plaintiffs'), # 21 Exhibit 110 (Plaintiffs'), # 22 Exhibit 111 (Plaintiffs'), # 23 Exhibit 112 (Plaintiffs'), # 24 Exhibit 113 (Plaintiffs'), # 25 Exhibit 114 (Plaintiffs'))(Triesch, Paul) (Entered: 03/23/2023) |
| 03/23/2023 | 54 | NOTICE of Filing of Non-Scannable Exhibits with the Clerk. The following non-scannable exhibits have been filed with the Clerk: Plaintiff's Exhibit 46 re Def's Objections to Exhibit List re 53 Objections,,,, by Heritage University<br><br>*Type of application required to view or listen to digital media:* MOV<br><br>(Triesch, Paul) (Entered: 03/23/2023) |
| 03/24/2023 | 55 | NOTICE of Filing of Non-Scannable Exhibits with the Clerk. The following non-scannable exhibits have been filed with the Clerk: Amended Notice re Plaintiff's Exhibit 46 for Defendant's Objections to Exhibits re 53 Objections,,,, by Heritage University<br><br>*Type of application required to view or listen to digital media:* USBs of MOV<br><br>(Triesch, Paul) (Entered: 03/24/2023) |
| 03/27/2023 | | NON-SCANNABLE EXHIBITS RECEIVED - All non-scannable exhibits as listed on the inventory filed were received by the Court Re 55 Notice of Filing of Non-Scannable Exhibits. (REM, Case Administrator) (Entered: 03/27/2023) |
| 03/30/2023 | 56 | RESPONSE re 51 Objections,, *to Defendant's Witness & Exhibit List* by Heritage University. (Triesch, Paul) (Entered: 03/30/2023) |
| 03/30/2023 | 57 | OBJECTIONS *to Plaintiff's Cross-Designations of Depositions* by Heritage University. (Triesch, Paul) (Entered: 03/30/2023) |
| 03/30/2023 | 58 | OBJECTIONS *to Defendant's Designation of the Deposition of Yadira Contreras* by All Plaintiffs. (Attachments: # 1 Attachment 1)(Hruska, Lara) (Entered: 03/30/2023) |
| 03/30/2023 | 59 | OBJECTIONS *to Defendant's Designation of the Deposition of Erica Kroneck* by All Plaintiffs. (Attachments: # 1 Attachment 1)(Hruska, Lara) (Entered: 03/30/2023) |
| 03/30/2023 | 60 | OBJECTIONS *to Defendant's Designation of the Deposition of Kyle Olson* by All Plaintiffs. (Attachments: # 1 Attachment 1)(Hruska, Lara) (Entered: 03/30/2023) |
| 03/30/2023 | 61 | OBJECTIONS *to Defendant's Designation of the Deposition of Hendry "Cody" Rodman III* by All Plaintiffs. (Attachments: # 1 Attachment 1)(Hruska, Lara) (Entered: 03/30/2023) |
| 03/30/2023 | 62 | RESPONSE re 53 Objections,,,, *to Plaintiffs' Witness and Exhibit List* by All Plaintiffs. (Attachments: # 1 Attachment 1)(Hruska, Lara) (Entered: 03/30/2023) |
| 03/30/2023 | 63 | DECLARATION of Lara Hruska by All Plaintiffs. (Attachments: # 1 Exhibit)(Hruska, Lara) (Entered: 03/30/2023) |
| 03/30/2023 | 64 | First Amended Witness and Exhibit List by All Plaintiffs. (Attachments: # 1 Attachment 1)(Hruska, Lara) (Entered: 03/30/2023) |
| 04/06/2023 | 65 | RESPONSE re 59 Objections, 61 Objections, 60 Objections, 58 Objections, 57 Objections *to Plaintiffs' Objections to Defendant's Deposition Designations* by Heritage University. (Triesch, Paul) (Entered: 04/06/2023) |

| | | | |
|---|---|---|---|
| 04/06/2023 | 66 | RESPONSE to Motion re 49 MOTION in Limine *Defendant's Response to Plaintiffs' Motion in Limine* filed by Heritage University. (Triesch, Paul) (Entered: 04/06/2023) |
| 04/13/2023 | 67 | TRIAL BRIEF by All Plaintiffs. (Bay, Sydney) (Entered: 04/13/2023) |
| 04/13/2023 | 68 | Proposed Pretrial Order by All Plaintiffs. (Bay, Sydney) (Entered: 04/13/2023) |
| 04/13/2023 | 69 | Proposed Voir Dire by All Plaintiffs. (Bay, Sydney) (Entered: 04/13/2023) |
| 04/13/2023 | 70 | TRIAL BRIEF by Heritage University. (Triesch, Paul) (Entered: 04/13/2023) |
| 04/13/2023 | 71 | Proposed Voir Dire by Heritage University. (Triesch, Paul) (Entered: 04/13/2023) |
| 04/13/2023 | 72 | Joint Proposed Jury Instructions submitted by All Plaintiffs. (Bay, Sydney) (Entered: 04/13/2023) |
| 04/13/2023 | 73 | Proposed Jury Instructions -*Defendant's Individual (with Defendant's Verdict Form)* submitted by Heritage University. (Triesch, Paul) (Entered: 04/13/2023) |
| 04/13/2023 | 74 | Proposed Jury Instructions submitted by All Plaintiffs. (Bay, Sydney) (Entered: 04/13/2023) |
| 04/13/2023 | 75 | Proposed Jury Instructions - *Proposed Verdict Form* submitted by All Plaintiffs. (Bay, Sydney) (Entered: 04/13/2023) |
| 04/14/2023 | 76 | DECLARATION by Lara Hruska in Support re 49 MOTION in Limine *for Remote Testimony for Yadira Contreras* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1)(Hruska, Lara) (Entered: 04/14/2023) |
| 04/18/2023 | 77 | ORDER granting Defendant's 19 Motion for Summary Judgment. Signed by Judge Thomas O. Rice. (BF, Paralegal) (Entered: 04/18/2023) |
| 04/18/2023 | 78 | JUDGMENT IN A CIVIL ACTION. (BF, Paralegal) (Entered: 04/18/2023) |
| 05/15/2023 | 79 | LODGED NOTICE OF APPEAL from District Court decision as to 77 Order on Motion for Summary Judgment by All Plaintiffs. Filing fee $ 505, receipt number AWAEDC-4291944. (Hruska, Lara) (Entered: 05/15/2023) |
| 05/15/2023 | 80 | NOTICE OF APPEAL from District Court decision as to 77 Order on Motion for Summary Judgment by Yadira Contreras, Erica Kroneck, Kyle Olson, Hendry "Cody" Rodman, III. Appeal Fee $505; Status PAID; Receipt Number AWAEDC-4291944. cc: Court Reporter: Ronelle Corbey, Crystal Hicks. (REM, Case Administrator) (Entered: 05/15/2023) |