FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, KYLE OLSON, HENDRY "CODY" RODMAN, III<br><br>Plaintiffs,<br><br>v.<br><br>HERITAGE UNIVERSITY,<br><br>Defendant. | No. 1:22-CV-03034-MKD<br><br>ORDER OF DISMISSAL AS TO HENDRY "CODY" RODMAN AND KYLE OLSON<br><br>**ECF No. 125** |

Before the Court is Plaintiffs Hendry "Cody" Rodman and Kyle Olson's Stipulated Motion to Dismiss. ECF No. 125. Plaintiffs Hendry "Cody" Rodman and Kyle Olson and Defendant stipulate to the dismissal of Mr. Rodman and Mr. Olson's claims, with prejudice and without an award of attorneys' fees or costs to any party.

Fed. R. Civ. P. 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

ORDER - 1

Because the Court concludes the parties' proffered terms—dismissal with prejudice and without an award of attorneys' fees or costs to any party—are proper, the Court grants the motion.

Accordingly, **IT IS SO ORDERED:**

1. The Stipulated Motion to Dismiss, **ECF No. 125**, is **GRANTED**.

2. Pursuant to Rule 41(a)(2) and the parties' stipulation, Plaintiffs Hendry "Cody" Rodman and Kyle Olson's claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. All pending dates and deadlines as to Plaintiffs Hendry "Cody" Rodman and Kyle Olson are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, terminate Plaintiffs Hendry "Cody" Rodman and Kyle Olson from this action, and provide copies to counsel.

DATED April 15, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2