# Attachment B

## Hill, Melissa

**From:** Phelps, Jeffrey
**Sent:** Wednesday, June 30, 2021 3:24 PM
**To:** Kroneck, Erica
**Subject:** RE: URGENT: PA reimbursement
**Attachments:** Erica Kroneck Release.pdf

Hello Erica:

I apologize for not replying to you sooner. I had a personal situation and was out for a week.

With regard to your note below - we committed to all Heritage PA students that if they were not placed we would refund your tuition paid of $42,684.

Now that you are the sole remaining student that we were unable to place, I am in a position to reevaluate that commitment as it pertains to your situation.

After doing so, I have authority to make the following offer:

Reimburse you for the total amount of your loans rather than just the cost of tuition. $65,202 (initial balances)
Recognize that you will have other expenses "up and above", and provide some support. $14,798

Total: $80,000

This is as high as I can go. In the event that it is an acceptable offer, I have attached a release letter. If you sign and return it, I can process payment within a week.

Heritage University, and myself wish only the best for you, and we hope that you are able to get into a new PA program.

Thanks,

Jeff



Jeff Phelps
Controller/Interim VP, Finance
Phelps_j@heritage.edu
509-865-8643
509-432-9147 (cell)

---

**From:** Kroneck, Erica <KroneckE@heritage.edu>
**Sent:** Tuesday, June 22, 2021 10:44 AM
**To:** Phelps, Jeffrey <Phelps_J@heritage.edu>
**Subject:** URGENT: PA reimbursement
**Importance:** High

Hello Mr. Phelps,

I am contacting you regarding the financial, emotional, academic, social and mental burden Heritage has forced upon me. I want to state the troubles not placing me into a PA program has done to me. I am now not

EXHIBIT 95
HU-ID-000771

on graduation track (2 year delay), I am in limbo of housing, I am unable to take a full time job due to the uncertainties Heritage has placed on me by "maybe getting me into another program". I just do not think Heritage understands the horrendous amount of pressure and stress that has been placed solely on me.

I am requesting not only my tuition to be reimbursed:

- **complete amount of loans taken out to support myself through the year (~$68,000)**
- **TWO years I am now behind on my professional career as a PA (~$300,000)**
- **additional supplemental application fees (~$1000)**
- **airfare and medical bills that are now in my lap due to Heritages failure to complete my education**
- **Tuition for future program (~$100,000)**

During the interview process I raised the question about the probation status and was guaranteed that I would be taught out. Heritage failed at this, even when I was flexible to move anywhere in the country to complete my program.
I would like to settle this between us by the end of this month, as it is now becoming unbearable to
live in such uncertainty. If this is not something you seem to be able to meet I am forced to take legal action, as it is my right and it was your duty to complete my graduate education program. *There were so many promises made by Heritage, and I am left with nothing!*


Respectfully,
Erica Kroneck

**Erica Kroneck, BS, PA-S**
Heritage University
Physician Assistant Studies Program
3240 Fort Rd, Toppenish, Washington 98948
KroneckE@heritage.edu