HONORABLE MARY K. DIMKE

LARA HRUSKA, WSBA No. 46531
SYDNEY ARIZONA BAY, WSBA NO. 56908
KAITLIN LEIFUR-MASTERSON, WSBA NO. 62550
Cedar Law PLLC
600 1ST AVE. STE 330 PMB 96563
Seattle, WA, 98104-2246
T: (206) 607-8277
F: (206) 237-9101
E: lara@cedarlawpllc.com
sydney@cedarlawpllc.com
kaitlin@cedarlawpllc.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, <br><br> Plaintiffs, <br><br> vs. <br><br> HERITAGE UNIVERSITY, <br><br> Defendant. | Case No.: 1:22-CV-3034 TOR <br><br> PLAINTIFFS' PROPOSED EXPERT ILLUSTRATIVE AID |

In anticipation of the prehearing conference scheduled from Monday, April 28, 2025 at 1:00 p.m., Plaintiffs are providing the eight (8) slide that are anticipated to be used by Plaintiffs' economic expert, David Solis, regarding his expert

PLAINTIFFS' PROPOSED ILLUSTRATIVE AID - 1

testimony. *See* Fed. R. Evid. 107. Plaintiffs are providing this at this time for transparency so that the Court and parties can address any concerns or any objections by the Defendant ahead of time.

Dated this 25th of April, 2025.

CEDAR LAW PLLC

s/*Lara Hruska*_____
Lara Hruska, WSBA# 46531
600 1st Ave. Ste. 330, PMB 96563
Seattle, WA, 98104-2246
Phone: (206) 607-8277
Fax: (206) 237-9101
Email: lara@cedarlawpllc.com

PLAINTIFFS' PROPOSED ILLUSTRATIVE AID - 2

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing by electronic mail on the date shown below to the following party:

> Paul J. Triesch
> Keating Bucklin & McCormack, Inc., P.S.
> 801 2nd Avenue, Suite 1210
> Seattle, WA 98104
> ptriesch@kbmlawyers.com
> Attorney for Heritage University

Dated this 25th day of April 2025.

*s/ Sydney Arizona Bay*
Sydney Arizona Bay

PLAINTIFFS' PROPOSED ILLUSTRATIVE AID - 3

# ECONOMIC DAMAGES

DAVID SOLIS, MSF, CVA, MAFF

SOLIS FINANCIAL FORENSICS LLC

# INFORMATION REVIEWED

- Complaint for Damages dated March 11, 2022
- Plaintiff's Mediation Brief dated February 23, 2022
- 2020 AAPA Salary Report
- Heritage University tuition and fees for Physician Assistant Program
- Email correspondence from Erica Kroneck
- Academic and financial plan for Erica Kroneck
- Heritage University student account information for Erica Kroneck
- A.T. Still University tuition and fees information
- Expenses spreadsheet Erica Kroneck

# INFORMATION REVIEWED (CONTINUED)

- Lease agreement for Erica Kroneck
- Expense receipts for Erica Kroneck
- U-Haul receipts for Erica Kroneck
- IRS Form 1040, U.S. Individual Income Tax Returns for Yadira Contreras for the years 2019 and 2020
- Academic and financial plan for Yadira Contreras
- CASPA payments for Yadira Contreras
- Estimation of damages for Yadira Contreras
- Heritage University student loans balances for Yadira Contreras
- South University tuition and fees for Master of Science in Physician Assistant program
- Heritage University student account information for Yadira Contreras

# ASSUMPTIONS RE: MS. CONTRERAS' DAMAGES

- Damages period of 1 year based on her delay in graduating from an accredited PA program
- Employment compensation loss based on actual current salary of $128,606
- Wage growth rate based on historical wage growth in the U.S. (3.82%)
- Differential in tuition and fees based on actual balance of student loans at South University ($187,661) versus estimated amounts to complete PA program at Heritage University ($93,951)
- Outstanding student loans with Heritage University ($20,574)
- Application fees incurred
- Moving costs incurred

| Economic Damages Incurred by Ms. Contreras | Value |
|---|---:|
| Total Compensation Loss | $ 141,315 |
| Differential in Tuition and Fees | $ 93,710 |
| Outstanding Student Loans through Heritage University | $ 20,574 |
| Application Fees | $ 619 |
| Moving Costs | $ 560 |
| **TOTAL ECONOMIC DAMAGES** | **$ 256,777** |

# ASSUMPTIONS RE: MS. KRONECK'S DAMAGES

- Damages period of 2 years based on her delay in graduating from an accredited PA program
- Employment compensation loss based on actual current salary of $165,000
- Wage growth rate based on historical wage growth in the U.S. (3.82%)
- Differential in tuition and fees based on actual balance of student loans at A.T. Still University ($267,679) versus estimated amounts to complete PA program at Heritage University ($93,951)
- Outstanding student loans with Heritage University ($67,112)
- Application fees incurred
- Travel and moving costs incurred

| Economic Damages Incurred by Ms. Kroneck | Value |
|---|---:|
| Total Compensation Loss | $ 355,941 |
| Differential in Tutition and Fees | $ 173,728 |
| Outstanding Student Loans through Heritage University | $ 67,112 |
| Application Fees | $ 2,932 |
| Travel and Moving Costs | $ 5,324 |
| **TOTAL ECONOMIC DAMAGES** | **$ 605,036** |

# OPINIONS

1. Yadira Contreras incurred economic damages of $256,777.

2. Erica Kroneck incurred economic damages of $605,036.