HONORABLE MARY K. DIMKE

LARA HRUSKA, WSBA No. 46531
SYDNEY ARIZONA BAY, WSBA NO. 56908
KAITLIN LEIFUR-MASTERSON, WSBA NO. 62550
Cedar Law PLLC
600 1ST AVE. STE. 330, PMB 96563
SEATTLE, WA 98104-2246
T: (206) 607-8277
F: (206) 237-9101
E: lara@cedarlawpllc.com
E: sydney@cedarlawpllc.com
E: kaitlin@cedarlawpllc.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, KYLE OLSON, AND HENDRY ("CODY") RODMAN III,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE UNIVERSITY,<br><br>Defendant. | Case No.: 22-cv-03034 MKD<br><br>PLAINTIFFS' SUPPLEMENTAL JURY INSTRUCTIONS<br><br>[PROPOSED]<br><br>**Trial Date: May 5, 2025** |

Pursuant to the April 28, 2024 oral request during the Pretrial Conference (ECF No. 134) for supplemental jury instructions related to the claim for Breach of the Covenant of Good Faith and Fair Dealing, Plaintiffs Yadira Contreras and

PLAINTIFFS' SUPPLEMENTAL JURY INSTRUCTIONS [PROPOSED]- 1      Cedar Law PLLC
                                                                600 1st Ave. Ste. 330, PMB 96563
                                                                Seattle, WA  98104-2246
                                                                Phone (206) 607-8277
                                                                Fax (206) 237-9101

Erica Kroneck, respectfully submits the following proposed supplemental jury instructions:

| Title | Source |
|---|---|
| Excuse of Performance—Interference With Contractual Performance | WPI 302.08 |
| Parties Must Act in Good Faith | Jones Assocs., Inc. v. Eastside Props., Inc., 41 Wn.App. 462, 471, 704 P.2d 681 (1985) (citing Lonsdale v. Chesterfield, 99 Wn.2d 353, 357, 662 P.2d 385 (1983)); see also Metro. Park Dist. of Tacoma v. Griffith, 106 Wn.2d 425, 437, 723 P.2d 1093 (1986). |

PLAINTIFFS' SUPPLEMENTAL JURY INSTRUCTIONS [PROPOSED]- 2

Cedar Law PLLC
600 1st Ave. Ste. 330, PMB 96563
Seattle, WA 98104-2246
Phone (206) 607-8277
Fax (206) 237-9101

INSTRUCTION NO. \_\_\_\_

If one party enters into a contract with another, there is an implied agreement by each to do nothing that will hinder, prevent, or interfere with the performance of the contract terms by the other.

If Plaintiff proves by a preponderance of the evidence that Heritage University interfered with or prevented her from being able to complete Heritage's PA Program, then Plaintiff was excused from performing her duty of showing that she did all, or substantially all, of the significant things that the contract required her to do or she were excused from having to do those things.

WPI 302.08

INSTRUCTION NO. \_\_\_\_

Plaintiffs and Defendant are required to cooperate in good faith. Plaintiff must show that Heritage did not cooperate in good faith.

*Jones Assocs., Inc. v. Eastside Props., Inc.*, 41 Wn.App. 462, 471, 704 P.2d 681 (1985) (citing *Lonsdale v. Chesterfield*, 99 Wn.2d 353, 357, 662 P.2d 385 (1983)); *see also Metro. Park Dist. of Tacoma v. Griffith*, 106 Wn.2d 425, 437, 723 P.2d 1093 (1986).

PLAINTIFFS' SUPPLEMENTAL JURY INSTRUCTIONS [PROPOSED]- 4

Cedar Law PLLC
600 1st Ave. Ste. 330, PMB 96563
Seattle, WA 98104-2246
Phone (206) 607-8277
Fax (206) 237-9101

Presented on this 29th day of April 2025 by:

        CEDAR LAW PLLC

        s/*Sydney Arizona Bay*_____
        Lara Hruska, WSBA No. 46531
        Sydney Bay, WSBA No. 56908
        Kaitlin Leifur-Masterson, WSBA No. 62550
        Attorneys for Plaintiffs
        Cedar Law PLLC
        600 1st Ave. Ste. 330, PMB 96563
        Seattle, WA, 98104-2246
        Telephone: (206) 607-8277
        Fax: (206) 237-9101

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing brief by electronic mail on the date shown below to the following party:

> Paul J. Triesch
> Keating Bucklin & McCormack, Inc., P.S.
> 801 2nd Avenue, Suite 1210
> Seattle, WA 98104
> ptriesch@kbmlawyers.com
> Attorney for Heritage University

Dated this 29th day of April 2025.

*s/Sydney Arizona Bay*
Sydney Arizona Bay

PLAINTIFFS' SUPPLEMENTAL JURY INSTRUCTIONS [PROPOSED]- 6

Cedar Law PLLC
600 1st Ave. Ste. 330, PMB 96563
Seattle, WA 98104-2246
Phone (206) 607-8277
Fax (206) 237-9101