1
2
3
4
5
6

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, KYLE OLSON, AND HENDRY ("CODY") RODMAN III, | Case No.: 22-cv-03034 TOR |
| Plaintiffs, | DECLARATION OF IAN AHRENS IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 4 |
| vs. | |
| HERITAGE UNIVERSITY, | |
| Defendant. | |

I, Ian Ahrens, am over the age of eighteen years, am competent to testify, and declare that the following statements are based on my personal knowledge and true under the penalty of perjury under the laws of the State of Washington:

1.      I was a student enrolled in Cohort 6 of the Physicians Assistant ("PA") program at Heritage University from 2020 - 2021.

2.      I currently live in Nebraska and would like to voluntarily testify at the upcoming trial in this matter regarding my enrollment in and personal experiences with Heritage University's PA program. However, in order to testify, I would need to do so remotely.

3.      I live in Nebraska with my wife and two small children (ages 15 months and 3 years). My wife, Ashley, is currently 20 weeks pregnant. She has a history of gestational hypertension and preterm labor. Given these medical conditions, I have genuine concerns about leaving her for a multiple-day trip to Yakima to testify in person.

I declare this 29 day of April 2025 in Chadron, Nebraska that the foregoing is true under penalty of perjury.

_____
Ian Ahrens

DECLARATION OF IAN AHRENS -      2

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | 2025.04.29 Declaration of Ian Ahrens.pdf |
| **File name** | 2025.04.29%20Decl...0Ian%20Ahrens.pdf |
| **Document ID** | 6ffb8d7c2b4f0bd8988f5c12b4ab75990b96210d |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| SENT | **04 / 29 / 2025** 21:37:00 UTC | Sent for signature to Ian Ahrens (ian.ahrens23@gmail.com) from kaitlin@cedarlawpllc.com IP: 73.254.171.167 |
| VIEWED | **04 / 29 / 2025** 21:41:54 UTC | Viewed by Ian Ahrens (ian.ahrens23@gmail.com) IP: 108.145.130.11 |
| SIGNED | **04 / 29 / 2025** 21:43:51 UTC | Signed by Ian Ahrens (ian.ahrens23@gmail.com) IP: 108.145.130.11 |
| COMPLETED | **04 / 29 / 2025** 21:43:51 UTC | The document has been completed. |

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on the following party:

    Paul J. Triesch
    Keating Bucklin & McCormack, Inc., P.S.
    801 2nd Avenue, Suite 1210
    Seattle, WA 98104
    ptriesch@kbmlawyers.com
    Attorney for Heritage University

by electronic mail to said parties on the date shown below.

Dated this 29th day of April 2024.


                         _s/ Sydney Arizona Bay
                         Sydney A. Bay

**CERTIFICATE OF SERVICE** - 1
CASE NO. 1:22-cv-03034 TOR

Cedar Law PLLC
113 Cherry St., PMB 96563
Seattle, WA 98104
kaitlin@cedarlawpllc.com | (206) 607-8277