**Attachment A**



# MASTER OF SCIENCE PHYSICIAN ASSISTANT

Heritage University

Take your career to the next level at Heritage University.

HR-RFP-000113
EXHIBIT 2



> **"Our students gain real-world insights from faculty who have years of experience in a variety of clinical positions."**
> – Dr. Linda Dale, Program Director

Our Master of Science Physician Assistant Educational Program is a 24-month program of study for any health care professional who wishes to further his or her career by becoming a licensed physician assistant. Given the great demand for those health care providers, particularly in small, rural, and underserved areas, Heritage promotes its students' future success by teaching cultural responsiveness in addition to the knowledge and skills needed to provide high-quality medical care.

### Experienced Faculty
The students are taught and mentored by highly skilled and supportive practitioners and educators. Experienced physician assistant instructors infuse every course with their knowledge and passion while providing invaluable support, insight, and feedback throughout the student's time in the program.

Adding to the program's richness is the diverse student body at Heritage. The faculty to student ratio is 1:8. Our highly-qualified staff has more than 35 years of combined experience. They are committed advisors who guide students through both the academic and clinical years.

### Program Design and Curriculum
The two-year program (120 semester credits) of study leading to a Master of Science Physician Assistant (MSPA) is delivered Monday through Friday from 9:00 a.m. to 4:00 p.m. with occasional workshops outside of those hours. The first year of the program is on the Heritage University campus in Toppenish, Washington, with some interprofessional learning experiences conducted at Pacific Northwest University of Health Sciences. A minimum GPA of 3.0 is required in all courses for progression in the program.

### Didactic and Clinical Overview
The didactic curriculum is an organ/system-based concept with the basic sciences and clinical preparatory sciences coordinated in each module. This allows the student to learn the anatomy, physiology and pathology of a system while simultaneously learning the physical and diagnostic assessment skills. Students will learn how the disorder/disease presents in an adult, in a child, or in an emergent situation. Finally, they will learn the modalities, including pharmaceuticals, needed to treat the diagnosis. The clinical year is a community-based clinical education concept in which the student will be placed in small, rural, or underserved communities for the full year.

### Academic Requirements for Admission
The Physician Assistant Educational Program at Heritage follows strict nondiscriminatory policies. All applicants are considered for admission and financial aid without respect to age, gender, sexual orientation, race, color, creed, religion, handicap, or national origin. Applicants to the program are considered on their intellectual ability, scholastic achievement, commitment, and suitability to succeed in this unique program.

HR-RFP-000114
EXHIBIT 2

The applicant must:

1. Have earned a baccalaureate degree, or higher, from an accredited college or university;

2. A minimum cumulative and science grade point average (GPA) of 3.0 on a 4.0 scale;

3. Prerequisite courses must be completed with a grade of 3.0 (B) or higher;

4. Human anatomy and physiology with labs, full sequence of 6 semester credits within five years of application;

5. Microbiology with lab: one course of 3 semester credits;

6. Two additional human science courses, such as organic chemistry, general or cell biology with lab, general or inorganic chemistry with lab, or biochemistry with lab, of 6 semester credits;

7. College level algebra, calculus, trigonometry, physics or statistics: one course of 3 semester credits.

**Medical Experience Requirements**
A minimum of 1,000 verified hours of health care experience with direct, hands-on patient contact, is required at the time of application. Of these, 500 hours are required to have been completed within 5 years of application. Visit heritage.edu/PAprogram for acceptable health care experience.

**Health Maintenance**
Students are required to provide proof of personal medical insurance. Heritage University does not have a student health center at this time. However, the Office of the Program Director assists students in obtaining a health care provider during the educational period.

**Employment**
The curriculum content and time required for completion of the physician assistant education training is such that any outside employment by the student is strongly discouraged.

For more information and to start taking the next big steps in your career, visit the Physician Assistant Educational Program at:
**heritage.edu/PAprogram**



Or call: (509) 865-0707

### Didactic – First Year
**Summer Semester**
- PAM 500 – Behavioral Medicine I – 1 credit
- PAM 515 – Master's Research Project I – 2 credits
- PAM 530 – Professional Issues for Physician Assistants I – 1 credit
- PAM 545 – Introduction to Primary Care and the Normal Patient – 8 credits

**Fall Semester**
- PAM 505 – Behavioral Medicine II – 3 credits
- PAM 520 – Master's Research Project II – 2 credits
- PAM 535 – Professional Issues for Physician Assistants II – 2 credits
- PAM 550A – Procedures and Diagnostics I – 5 credits
- PAM 560A – Integrated Primary Care I – 14 credits

**Spring Semester**
- PAM 510 – Behavioral Medicine III – 3 credits
- PAM 525 – Master's Research Project III – 2 credits
- PAM 540 – Professional Issues for Physician Assistants III – 1 credit
- PAM 555A – Procedures and Diagnostics II – 5 credits
- PAM 565A – Integrated Primary Care II – 14 credits
- SPAN 570 – Spanish for Medical Professionals – 3 credits

### Clinical – Second Year
**Summer Semester**
- PAM 615 – Master's Research Project IV – 1 credit
- PAM 600 – Community-based Clinical Experience I – 12 credits

**Fall Semester**
- PAM 620 – Master's Research Project V – 2 credits
- PAM 605 – Community-based Clinical Experience II – 20 credits

**Spring Semester**
- PAM 625 – Master's Research Project VI – 1 credit
- PAM 610 – Community-based Clinical Experience III – 18 Credits.

### Program Mission
The mission of the Physician Assistant Program at Heritage University is to increase access to health care, particularly in small, rural, and underserved areas, by educating future physician assistants who will provide high quality medical care in a compassionate and competent manner.

> "Given the great demand for health care providers, particularly in small, rural, and underserved areas like our own, Heritage promotes its students' future success by teaching cultural responsiveness."

At its **September 2018** meeting, the Accreditation Review Commission on Education for the Physician Assistant, Inc. (ARC-PA) extended **Accreditation-Probation** status for the **Heritage University Physician Assistant Program** sponsored by **Heritage University** until its next review in **September 2020**.

Probation is a temporary status of accreditation conferred when a program does not meet the Standards and when the capability of the program to provide an acceptable educational experience for its students is threatened.

Once placed on probation, programs that still fail to comply with accreditation requirements in a timely manner, as specified by the ARC-PA, may be scheduled for a focused site visit and/or risk having their accreditation withdrawn.

Specific questions regarding the Program and its plans should be directed to the Program Director and/or the appropriate institutional official(s).

---

**LETTER FROM THE PROGRAM DIRECTOR**

The Physician Assistant Educational Program was placed on probation due to the failure to meet the standards requiring a "comprehensive self-assessment process." The program has taken steps to improve this process and ARC-PA has recognized the positive progress. However, the program remains on probation until September 2020, when the commission will again review the program's self-study.

Although the standard verbiage from the ARC-PA above infers that a program on probation may not be able to provide an "acceptable educational experience for its students" the Physician Assistant Educational Program at Heritage University was not cited for its educational delivery but for its lack of a robust self-study and analysis.

Our faculty and staff are fully committed to providing the best education possible and to meet our mission goals. We are already meeting two of our goals with nearly 70% of reporting graduates from the first three classes working in an underserved area (goal of 66%) and just over 50% working in primary care (benchmark 50%).

**Linda M. Dale, DHEd, PA-C**
Program Director
Physician Assistant Educational Program at Heritage University



**PHYSICIAN ASSISTANT EDUCATIONAL PROGRAM**

3240 Fort Road
Toppenish, WA 98948
(509) 865-0707
PA_HU@heritage.edu
heritage.edu/PAprogram

HR-RFP-000116
**EXHIBIT 2**



# MASTER OF SCIENCE PHYSICIAN ASSISTANT

Heritage University

Take your career to the next level at Heritage University.



HR-RFP-000109
EXHIBIT 1

> "Our students gain real-world insights from faculty who have years of experience in a variety of clinical positions."
> – Dr. Linda Dale, Program Director

Our Master of Science Physician Assistant Educational Program is a 24-month program of study for any health care professional who wishes to further his or her career by becoming a licensed physician assistant. Given the great demand for those health care providers, particularly in small, rural, and underserved areas, Heritage promotes its students' future success by teaching cultural responsiveness in addition to the knowledge and skills needed to provide high-quality medical care.

### Experienced Faculty

The students are taught and mentored by highly skilled and supportive practitioners and educators. Experienced physician assistant instructors infuse every course with their knowledge and passion while providing invaluable support, insight, and feedback throughout the student's time in the program.

Adding to the program's richness is the diverse student body at Heritage. The faculty to student ratio is 1:8. Our highly-qualified staff has more than 35 years of combined experience. They are committed advisors who guide students through both the academic and clinical years.

### Program Design and Curriculum

The two-year program (120 semester credits) of study leading to a Master of Science Physician Assistant (MSPA) is delivered Monday through Friday from 9:00 a.m. to 4:00 p.m. with occasional workshops outside of those hours. The first year of the program will be on the Heritage University campus in Toppenish, Washington, with some coursework and/or learning experiences conducted at Pacific Northwest University of Health Sciences. A minimum GPA of 3.0 is required in all courses for progression in the program.

### Didactic and Clinical Overview

The didactic curriculum is an organ/system-based concept with the basic sciences and clinical preparatory sciences coordinated in each module. This allows the student to learn the anatomy, physiology and pathology of a system while simultaneously learning the physical and diagnostic assessment skills. Students will learn how the disorder/disease presents in an adult, in a child, or in an emergent situation. Finally, they will learn the modalities, including pharmaceuticals, needed to treat the diagnosis. The clinical year is a community-based clinical education concept in which the student will be placed in a decentralized clinical learning center based in small, rural, or underserved communities.

### Academic Requirements for Admission

The Physician Assistant Educational Program at Heritage follows strict nondiscriminatory policies. All applicants are considered for admission and financial aid without respect to age, gender, sexual orientation, race, color, creed, religion, handicap, or national origin. Applicants to the program are considered on their intellectual ability, scholastic achievement, commitment, and suitability to succeed in this unique program.

The applicant must:

1. Have earned a baccalaureate degree, or higher, from an accredited college or university;

2. A minimum cumulative and science grade point average (GPA) of 3.0 on a 4.0 scale;

3. Prerequisite courses must be completed with a grade of 3.0 (B) or higher;

4. Human anatomy and physiology with labs, full sequence of 6 semester credits within five years of application;

5. Microbiology with lab: one course of 3 semester credits;

6. Two additional human science courses, such as organic chemistry, general or cell biology with lab, general or inorganic chemistry with lab, or biochemistry with lab, of 6 semester credits;

7. College level algebra, calculus, trigonometry, physics or statistics: one course of 3 semester credits.

## Medical Experience Requirements

A minimum of 1,000 verified hours of health care experience with direct, hands-on patient contact, is required at the time of application. Of these, 500 hours is required to have been completed within 5 years of application. Visit heritage.edu/PAprogram for acceptable health care experience.

## Didactic – First Year
### Summer Semester
    PAM 500 – Behavioral Medicine I – 1 credit
    PAM 515 – Master's Research Project I – 2 credits
    PAM 530 – Professional Issues for
        Physician Assistants I – 1 credit
    PAM 545 – Introduction to Primary Care
        and the Normal Patient – 8 credits

### Fall Semester
    PAM 505 – Behavioral Medicine II – 3 credits
    PAM 520 – Master's Research Project II – 2 credits
    PAM 535 – Professional Issues for
        Physician Assistants II – 2 credits
    PAM 550A – Procedures and Diagnostics I – 5 credits
    PAM 560A – Integrated Primary Care I – 14 credits

### Spring Semester
    PAM 510 – Behavioral Medicine III– 3 credits
    PAM 525 – Master's Research Project III – 2 credits
    PAM 540 – Professional Issues for
        Physician Assistants III – 1 credit
    PAM 555A – Procedures and Diagnostics II – 5 credits
    PAM 565A – Integrated Primary Care II – 14 credits
    SPAN 570 – Spanish for Medical Professionals – 3 credits

## Clinical – Second Year
### Summer Semester
    PAM 615 – Master's Research Project IV – 1 credit
    PAM 600 – Community-based
        Clinical Experience I – 11 credits

### Fall Semester
    PAM 620 – Master's Research Project V – 2 credits
    PAM 605 – Community-based
        Clinical Experience II – 20 credits

### Spring Semester
    PAM 625 – Master's Research Project VI – 1 credit
    PAM 610 – Community-based
        Clinical Experience III – 11 Credits.
    PAM 630 – Elective Clinical Experience I – 4 credits
    PAM 635 – Elective Clinical Experience II – 4 credits

**Health Maintenance**

Students are required to provide proof of personal medical insurance. Heritage University does not have a student health center at this time. However, the Office of the Program Director assists students in obtaining a health care provider during the educational period.

**Employment**

The curriculum content and time required for completion of the physician assistant education training is such that any outside employment by the student is strongly discouraged.

For more information and to start taking the next big steps in your career, visit the Physician Assistant Educational Program at:
**heritage.edu/PAprogram**



Or call: (509) 865-0707

> **"Given the great demand for health care providers, particularly in small, rural, and underserved areas like our own, Heritage promotes its students' future success by teaching cultural responsiveness."**

**The ARC-PA has granted Accreditation - Provisional status** to the Physician Assistant Educational Program sponsored by Heritage University.

Accreditation-Provision is an accreditation status granted when the plans and resource allocation, if fully implemented as planned, of a proposed program that has not yet enrolled students appear to demonstrate the program's ability to meet the ARC-PA Standards or when a program holding Accreditation-Provisional status appears to demonstrate continued progress in complying with the Standards as it prepares for the graduation of the first class (cohort) of students. Accreditation-Provisional does not ensure any subsequent accreditation status. It is limited to no more than five years from matriculation of the first class.

At its March 2016 meeting, the Accreditation Review Commission on Education for the Physician Assistant (ARC-PA) placed the Heritage University Physician Assistant program sponsored by Heritage University on Accreditation-Probation status until its next validation review in September 2017. Probation is a temporary status of accreditation conferred when a program does not meet the Standards and when the capability of the program to provide an acceptable educational experience for its students is threatened. Once placed on probation, programs that still fail to comply with accreditation requirements in a timely manner, as specified by the ARC-PA, may be scheduled for a focused site visit and/or risk having their accreditation withdrawn.

Specific questions regarding the program and its plans should be directed to the program director and/or the appropriate institutional official(s).

---

**LETTER FROM THE PROGRAM DIRECTOR**
The Physician Assistant Educational Program was placed on probation due to the failure to meet the standards requiring a "comprehensive self-assessment process that incorporates data from multiple sources and evaluates curricular related outcomes as well as sponsorship, resources and other administrative operations." It was further noted that the data had been collected but not "formally analyzed." Immediate steps have been taken to correct this issue and documentation supporting the improved data analysis will be supplied to the ARC-PA, as required, prior to the final accreditation site visit, scheduled on April 17-18, 2017.

Although the standard verbiage from the ARC-PA above infers that a program on probation may not be able to provide an "acceptable educational experience for its students" the Physician Assistant Educational Program at Heritage University was not cited for its educational delivery but for its lack of a robust self-study and analysis.

**Linda M. Dale, DHEd, PA-C**
Program Director
Physician Assistant Educational Program at Heritage University



**PHYSICIAN ASSISTANT EDUCATIONAL PROGRAM**
3240 Fort Road
Toppenish, WA 98948
(509) 865-0707
PA_HU@heritage.edu
heritage.edu/PAprogram

HR-RFP-000112
EXHIBIT 1