# Attachment B

**Sanchez, Maria** <Sanchez_M2@heritage.edu>  
to me

May 2, 2019, 7:39 PM

Hello Kyle,

Our CASPA application is open as of April 25, 2019 and will close on November 1, 2019. We were placed on probation due to our data collection process, since then we have hired a Data Management Specialist. Our probationary status will not have an impact on our students in any way they will still be allowed to graduate and take the boards.

Sincerely,  
Maria



Administrative & Admissions Coordinator  
Physician Assistant Educational Program  
Martha B Yallup Health & Science Building



3240 Fort Road, Toppenish, WA 98948  
Program Office : 509-865-0707 Internal Ext: 3608  
Fax: 509-865-8560  
Sanchez_M2@heritage.edu  
www.heritage.edu/PAprogram  
www.facebook.com/PAprogram.HeritageU

EXHIBIT 10  
HU-KO-000002