The Honorable Mary K. Dimke

Paul J. Triesch, WSBA #17445
Keating, Bucklin & McCormack, Inc., P.S.
1201 Third Avenue, Suite 1580
Seattle, Washington 98101
(206) 623-8861

UNITED STATES DISTRICT COURT
EASTERN OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| YADIRA CONTRERAS, ERICA KRONECK, KYLE OLSON, AND HENDRY ("CODY") RODMAN III,<br><br>Plaintiffs,<br><br>v.<br><br>HERITAGE UNIVERSITY,<br><br>Defendant. | No. 1:22-CV-3034-TOR<br><br>DECLARATOIN OF PAUL J. TRIESCH |

Paul Triesch certifies and declares:

1. I am over the age of eighteen years, competent to testify and I have personal knowledge of the facts stated herein.

2. I serve as defense counsel to Heritage University in this action.

3. Appended as Exhibit 1 is a true and correct copy of a list that shows payments to PA students from July 2020.

4. Appended as Exhibit 2 is a true and correct copy of my May 6, 2025 email to Courtroom Deputy Cora Vargas regarding the payments made in Exhibit 1.

DECLARATOIN OF PAUL J. TRIESCH - 1
1:22-CV-3034-TOR
1476-00008/751877 (002)

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 6th of May 2025 at Yakima, Washington.

      KEATING, BUCKLIN & McCORMACK, INC., P.S.


      By: */s/ Paul J. Triesch*
       Paul J. Triesch, WSBA #17445
      *Attorney for Defendant Heritage University*
      1201 Third Avenue, Suite 1580
      Seattle, Washington 98101
      Phone:  (206) 623-8861
      Fax:  (206) 223-9423
      Email:  ptriesch@kbmlawyers.com

DECLARATOIN OF PAUL J. TRIESCH - 2
1:22-CV-3034-TOR
1476-00008/751877 (002)

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Attorneys for Plaintiffs**

Lara Hruska, WSBA No. 46531
Kaitlin Leifur-Masterson, WSBA No. 62550
Sydney Arizona Bay, WSBA No. 56908
Cedar Law PLLC
600 1st Ave., Ste 330, PMB 96563
Seattle, WA 98104
Phone: (206) 607-8277
Fax: (206) 237-9101
Email: lara@cedarlawpllc.com; kaitlin@cedarlawpllc.com; sydney@cedarlawpllc.com; amy@cedarlawpllc.com

DATED: May 6, 2025

       */s/ Lindsey E. Martin*
       Lindsey E. Martin, Legal Assistant

DECLARATOIN OF PAUL J. TRIESCH - 3
1:22-CV-3034-TOR
1476-00008/751877 (002)

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423