**EXHIBIT 1**

## PA Student Payments: July 2020 to Current (12-3-21)

| HU ID | Name | Invoice Number | Payment Date | Amount | Pmt Prefix | Pmt Number | Budget Account |
|---|---|---|---|---|---|---|---|
| 3059123 | Ahrens, Ian Carson | CR73427-CC | 5/18/2021 | $ 2,472.37 | AP | 5820 | 10-10-10151-6240 |
|  |  |  | Total: | $ 2,472.37 |  |  |  |
| 3059322 | Almanza, Jessica |  |  |  |  |  |  |
|  |  |  | Total: | $ - |  |  |  |
| 3059265 | Beck, Karleigh Larson | CR73427-BO | 4/13/2021 | 1,343.15 | AP | 5760 | 10-10-10151-6240 |
|  |  | CR73427-HJ | 5/25/2021 | 20,000.00 | AP | 5836 | 10-10-10151-6240 |
|  |  |  | Total: | 21,343.15 |  |  |  |
| 3059269 | Bounkeua, Phillip Robert | CR73427-BN | 4/13/2021 | 1,470.00 | AP | 5761 | 10-10-10151-6240 |
|  |  | CR73427-CB | 5/18/2021 | 58,000.00 | AP | 5821 | 10-10-10151-6240 |
|  |  |  | Total: | $ 59,470.00 |  |  |  |
| 3059132 | Chaudhary, Jasmine | CR73427-I | 6/15/2021 | 3,130.43 | AP | 5911 | 10-10-10151-6240 |
|  |  | CR73427-IM | 7/20/2021 | 34,656.00 | AP | 6019 | 10-10-10151-6240 |
|  |  |  | Total: | 37,786.43 |  |  |  |
| 3059264 | DeBrino, Jennifer Renee | CR73427-CD | 5/18/2021 | 4,587.55 | AP | 5822 | 10-10-10151-6240 |
|  |  | CR73427-HO | 6/2/2021 | 28,585.00 | AP | 5878 | 10-10-10151-6240 |
|  |  | CR73427-IN | 7/20/2021 | 843.20 | AP | 6020 | 10-10-10151-6240 |
|  |  |  | Total: | 34,015.75 |  |  |  |
| 3059028 | Fukiau, Degache Landu | CR73427-HZ | 6/9/2021 | 58,694.00 | AP | 5901 | 10-10-10151-6240 |
|  |  | CR73427CA | 5/11/2021 | 5,000.00 | AP | 5815 | 10-10-10151-6240 |
|  |  |  | Total: | $ 63,694.00 |  |  |  |
| 3059290 | Ghale, Kabita | CR73427-BB | 2/16/2021 | 745.00 | AP | 5654 | 10-10-10151-6528 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | CR73427-BF | 3/9/2021 | 365.00 | AP | 5701 | 10-10-10151-6528 |
| | CR73427-BR | 4/27/2021 | 737.03 | AP | 5780 | 10-10-10151-6528 |
| | CR73427-IJ | 7/13/2021 | 20,000.00 | AP | 6003 | 10-10-10151-6240 |
| | | Total: | $ 21,847.03 | | | |
| **3059318 Gunn, Brookelle** | CR73427-ID | 6/15/2021 | 31,935.00 | AP | 5912 | 10-10-10151-6240 |
| | | Total: | $ 31,935.00 | | | |
| **3059309 Gunn, Cory Stephen** | CR73427-IC | 6/15/2021 | 31,935.00 | AP | 5913 | 10-10-10151-6240 |
| | | Total: | $ 31,935.00 | | | |
| **3059110 Holden, Maria Z** | CR73427-CE | 5/18/2021 | 2,580.31 | AP | 5824 | 10-10-10151-6240 |
| | CR73427-HK | 5/25/2021 | 4,007.66 | AP | 5850 | 10-10-10151-6240 |
| | CR73427-IB | 6/15/2021 | 20,000.00 | AP | 5915 | 10-10-10151-6240 |
| | | Total: | $ 26,587.97 | | | |
| **3059266 Kroneck, Erica** | CR73427-BT | 4/27/2021 | 521.79 | AP | 5790 | 10-10-10151-6240 |
| | CR73427-HT | 6/2/2021 | 3,620.00 | AP | 5882 | 10-10-10151-6240 |
| | | Total: | $ 4,141.79 | | | |
| **3059289 Leon, Brandon** | CR73427-BP | 4/13/2021 | 698.29 | AP | 5763 | 10-10-10151-6240 |
| | CR73427-BQ | 4/27/2021 | 353.66 | AP | 5791 | 10-10-10151-6240 |
| | CR73427-HN | 6/2/2021 | 20,000.00 | AP | 5883 | 10-10-10151-6240 |
| | CR73427-IG | 7/6/2021 | 1,300.00 | AP | 5992 | 10-10-10151-6240 |
| | | Total: | 22,351.95 | | | |
| **3059471 Mcloughlin, Inna** | CR73427-BX | 4/27/2021 | 1,381.17 | AP | 89461 | 10-10-10151-6240 |
| | CR73427-CH | 5/18/2021 | 5,533.08 | AP | 5825 | 10-10-10151-6240 |
| | CR73427-IK | 7/20/2021 | 10,000.00 | AP | 6024 | 10-10-10151-6240 |
| | | Total: | $ 16,914.25 | | | |
| **3059019 Mullen, Meghann** | CR73427-BI | 3/23/2021 | 1,470.00 | AP | 89214 | 10-10-10151-6528 |
| | CR73427-HL | 5/25/2021 | 8,010.15 | AP | 5861 | 10-10-10151-6240 |
| | CR73427-HS | 6/2/2021 | 28,826.00 | AP | 5886 | 10-10-10151-6240 |

|  |  |  | Total: | $ 38,306.15 |  |  |  |
|---|---|---|---|---|---|---|---|
| **3059131 Nebeker, Joseph A** | CR73427-HX | 6/3/2021 | | 3,366.00 | AP | 5893 | 10-10-10151-6240 |
| | CR73427-II | 7/6/2021 | | 2,500.00 | AP | 5995 | 10-10-10151-6240 |
| | CR73427-U | 9/14/2021 | | 15,615.00 | AP | 6157 | 10-10-10151-6240 |
| | | | Total: | $ 21,481.00 | | | |
| **3059308 Olson, Kyle David** | CR73427-HW | 6/3/2021 | | 4,002.51 | AP | 5894 | 10-10-10151-6240 |
| | | | Total: | $ 4,002.51 | | | |
| **3059263 Quintana, Myrria** | CR73427-HV | 6/3/2021 | | 3,223.22 | AP | 5895 | 10-10-10151-6240 |
| | CR73427-IR | 9/14/2021 | | 22,282.00 | AP | 6159 | 10-10-10151-6240 |
| | | | Total: | $ 25,505.22 | | | |
| **3059031 Rodman, Hendry Thompson, III** | CR73427-HP | 6/3/2021 | | 6,000.00 | AP | 5896 | 10-10-10151-6240 |
| | | | Total: | $ 6,000.00 | | | |
| **3059027 Rojasycaza, Christina Michelle** | CR73427-BW | 4/27/2021 | | 340.40 | AP | 5799 | 10-10-10151-6240 |
| | CR73427-CG | 5/18/2021 | | 1,471.02 | AP | 5827 | 10-10-10151-6240 |
| | CR73427-IH | 7/6/2021 | | 11,390.00 | AP | 5996 | 10-10-10151-6240 |
| | CR73427-IP | 7/27/2021 | | 10,150.00 | AP | 6061 | 10-10-10151-6240 |
| | | | Total: | 23,351.42 | | | |
| **3059286 Smith, Zachary P** | CR73427-HU | 6/3/2021 | | 1,763.94 | AP | 5897 | 10-10-10151-6240 |
| | CR73427-IV | 10/5/2021 | | 50,000.00 | AP | 6218 | 10-10-10151-6240 |
| | | | Total: | $ 51,763.94 | | | |
| **3059156 Traverso, Edward James** | CR73427-IA | 6/9/2021 | | 1,500.00 | AP | 89700 | 10-10-10151-6240 |
| | | | Total: | $ 1,500.00 | | | |
| **3059273 Velazquez, Amanda Marie** | CR73427-BS | 4/27/2021 | | 3,441.52 | AP | 5803 | 10-10-10151-6528 |
| | CR73427-HI | 5/25/2021 | | 4,416.70 | AP | 5870 | 10-10-10151-6528 |
| | CR73427-BJ | 5/25/2021 | | 550.71 | AP | 5870 | 10-10-10151-6240 |
| | CR73427-IE | 6/15/2021 | | 35,991.00 | AP | 5923 | 10-10-10151-6240 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | CR73427-IF | 6/29/2021 | 2,010.00 | AP | 5981 | 10-10-10151-6240 |
| | CR73427-IT | 8/3/2021 | 20,100.00 | AP | 6075 | 10-10-10151-6240 |
| | | Total: | $ 66,509.93 | | | |
| 3059291 Volchkova, Karina | CR73427-BY | 4/29/2021 | 1,061.64 | AP | 5808 | 10-10-10151-6240 |
| | | Total: | $ 1,061.64 | | | |
| 3059349 Vrecenar, Sydney Rose | CR73427-HQ | 6/2/2021 | 114.50 | AP | 5890 | 10-10-10151-6240 |
| | CR73427-IL | 7/20/2021 | 49,000.00 | AP | 6028 | 10-10-10151-6240 |
| | | Total: | $ 49,114.50 | | | |
| 3059287 Waller, Jameshia Crear | CR73427-BM | 4/13/2021 | 42,824.00 | AP | 5765 | 10-10-10151-4010 |
| | | Total: | $ 42,824.00 | | | |
| 3059337 Wassom, April Victoria | CR73427-HM | 6/2/2021 | 16,000.00 | AP | 5891 | 10-10-10151-6240 |
| | | Total: | $ 16,000.00 | | | |
| 3059285 You, Rebekah | CR73427-BV | 4/27/2021 | 403.40 | AP | 5806 | 10-10-10151-6240 |
| | CR73427-IO | 7/20/2021 | 2,241.68 | AP | 6029 | 10-10-10151-6240 |
| | CR73427-IQ | 7/27/2021 | 8,400.00 | AP | 6065 | 10-10-10151-6240 |
| | | Total: | $ 11,045.08 | | | |
| 3059134 Zubaryeva, Anastasiya | CR73427-CF | 5/18/2021 | 3,802.00 | AP | 5829 | 10-10-10151-6240 |
| | CR73427-HY | 6/9/2021 | 31,953.00 | AP | 5906 | 10-10-10151-6240 |
| | | Total: | $ 35,755.00 | | | |
| 3059017 Contreras, Yadira | | | | | | |
| | | Total: | $ - | | | |