FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA CONTRERAS and ERICA KRONECK,<br><br>Plaintiffs,<br><br>vs.<br><br>HERITAGE UNIVERSITY,<br><br>Defendant. | No. 1:22-CV-03034-MKD<br><br>JUDGMENT IN A CIVIL CASE |

**THE COURT HAS ORDERED** that judgment for damages be entered in favor of each Plaintiff individually against Defendant as follows:

Plaintiff Yadira Contreras:     $247,000.00

Plaintiff Erica Kroneck:     $270,000.00

which includes prejudgment interest at the rate of 0.00%, plus post-judgment interest at the rate of 4.02% per annum, along with costs. Interest shall accrue *nunc pro tunc* as of May 12, 2025.

**THIS ACTION WAS** tried by a jury with Judge Mary K. Dimke presiding, and the jury has rendered a verdict.

DATED: May 21, 2025.

SEAN F. McAVOY
Clerk of Court

By: *s/Cora Vargas*
Deputy Clerk

JUDGMENT IN A CIVIL ACTION - 1